

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00999-CV

SAHAMI INVESTMENTS, LTD, Appellant/Cross-Appellee

V.

STATELY HOMES, LLC, THEODORE MORE, AND BRYAN PHILLIPS,
Appellees/Cross-Appellants

Appeal from the 113th District Court of Harris County (Tr. Ct. No. 2014-12172)

**TO THE 113TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the12th day of May 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> After due consideration, the Court **grants** the parties' joint motion to dismiss this appeal. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**.

> It is further **ORDERED** that costs incurred by reason of this appeal are taxed against the party incurring same.

> It is further **ORDERED** that this decision be certified below for observance.

> Judgment rendered May 12, 2015.

> Judgment rendered by panel consisting of Justices Keyes, Bland, and Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 17, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

